IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD ABRAM
ALEXANDER,
                                        NOT FINAL UNTIL TIME EXPIRES TO
                                        FILE MOTION FOR REHEARING AND
        Appellant,                      DISPOSITION THEREOF IF FILED

v.                                      CASE NO. 1D16-1891

STATE OF FLORIDA,

        Appellee.

_____/

Opinion filed September 1, 2017.

An appeal from an order of the Circuit Court for Duval County.
Mark J. Borello, Judge.

Andy Thomas, Public Defender, and David A. Henson, Assistant Public Defender,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

KELSEY, WINOKUR, and WINSOR, JJ., CONCUR.